IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LYNN M. PIERCE,

    Plaintiff,

v.                          Case No. 3:10cv335/RV/MD

BAPTIST HEALTHCARE
CORPORATION, INC.,

    Defendant.
_____/

## ORDER OF RECUSAL

    I hereby recuse myself from all further proceedings in this case. The Clerk shall reassign this matter to another judge of this Court.

    DONE AND ORDERED this 30th day of September, 2010.

                                    */s/ Roger Vinson*
                                    **ROGER VINSON**
                                    **Senior United States District Judge**